### THE SOUTHERN CONNECTICUT GAS COMPANY *v.* PUBLIC UTILITIES COMMISSION

Pursuant to Practice Book § 762, as amended, the application of the Public Utilities Commission for an expedited appeal is granted to the extent of a determination of the issue of the jurisdiction of the Superior Court to enter the order of October 17, 1969, and such appeal is assigned for hearing on Wednesday, December 10, 1969, at 11 a.m. Briefs now on file may be used.

*John K. Jepson,* assistant attorney general, for the appellant (defendant).

*Raymond W. Beckwith,* with whom was *Daniel F. Wheeler,* for the appellee (plaintiff).

Decided December 5, 1969

### JERRYL L. KEANE *v.* JOHN D. CUCURELLO ET AL.

The request by the plaintiff entitled "Plaintiff's Motion To Have Appeal Re-Ruled Upon In View Of Changed Circumstances" is denied.

*Jerryl L. Keane,* pro se, in support of the motion.

Submitted December 5—decided December 9, 1969